UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLIFFORD ETIENNE, JR. (#130104)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

15-543-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 29, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's claims against Defendant Henry Davis shall be dismissed, without prejudice, for failure of the Plaintiff to serve this Defendant within 120 days as mandated by Federal Rule of Civil Procedure 4(m) at the time of the filing of the Plaintiff's *Complaint*; Defendants' *Motion for Summary Judgment*[4] shall be granted, dismissing the Plaintiff's claims asserted against Defendants Cain, LeBlanc, and LDPSC for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e; and the Court shall decline to exercise supplemental jurisdiction as to the Plaintiff's state law claims.

Baton Rouge, Louisiana the 7 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 32.
[3] Rec. Doc. 36.
[4] Rec. Doc. 21.